# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barry Lee Sparling aka Barry L. Sparling, aka Barry Sparling, dba Sparling Farm & Devon Marie Sparling aka Devon M. Sparling, aka Devon Sparling, aka Devon Zurn, aka Devon Marie Zurn, aka Devon M. Zurn <br> Debtor(s) | BK NO. 17-01090 JJT <br><br> Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of United States Department of Agriculture, Farm Service Agency and index same on the master mailing list.

Respectfully submitted,

/s/Thomas I. Puleo, Esquire
Thomas I. Puleo, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594