```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                 Case No. 17-01090-JJT
Barry Lee Sparling                                                     Chapter 13
Devon Marie Sparling
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4         User: DDunbar            Page 1 of 2              Date Rcvd: Aug 31, 2017
                             Form ID: ntcnfhrg        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db/jdb       +Barry Lee Sparling,   Devon Marie Sparling,   8399 Rt. 6,   Troy, PA 16947-9258
4898180      +CNHcapital,   Attn:Bankruptcy,   Po Box 292,   Racine, WI 53401-0292
4898177      +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
4898178      +Chief Oil & Gas, LLC,   8111 Westchester Drive,   Suite 900,   Dallas, TX 75225-6146
4898179      +Citizens & Northern Ba,   Attn:Bankruptcy,   Po Box 58,   Wellsboro, PA 16901-0058
4898181      +Creditors Collection S,   Po Box 1540,   Corning, NY 14830-5240
4947290      +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
4898182      +Endless Mountains Veterinary Center PC,   101 Vet Center,   PO Box 188,   Rome, PA 18837-0188
4898183      +Farm Service Agency,   200 Lake Rd., Suite D,   Towanda, PA 18848-9693
4898184      +GH Harris Associates, Inc.,   P.O. Box 216,   Dallas, PA 18612-0216
4907331      +Guthrie Clinic, PC,   Resource Recovery,   PO Box 1540,   Corning, NY 14830-5240
4907329      +Guthrie Troy Hospital,   Resource Recovery,   PO Box 1540,   Corning, NY 14830-5240
4898185      +H. Rockwell, Inc.,   430 Troy St.,   P.O. Box 197,   Canton, PA 17724-0197
4898187      +Judson's Inc.,   P.O. Box 67,   Columbia Cross Roads, PA 16914-0067
4907330      +Memorial Hospital,   Resource Recovery,   PO Box 1540,   Corning, NY 14830-5240
4898188      +Owlett & Lewis, P.C.,   Attn: Brian S. Duff, Esq.,   One Charles St.,   P.o. Box 878,
               Wellsboro, PA 16901-0878
4936854      +PHI Financial Services, Inc.,   c/o Blitt and Gaines, P.C.,   2536 73rd Street,
               Des Moines, IA 50322-4700
4898190      +Peoples State Bank,   201 Church Street,   Wyalusing, PA 18853-6503
4898192      +Santander Consumer USA,   Santander Consumer USA,   Po Box 961245,   Fort Worth, TX 76161-0244
4929731      +USDA FARM SERVICE AGENCY,   C/O BRADFORD COUNTY FARM SERVICE,   200 LAKE ROAD STE D,
               TOWANDA, PA 18848-9693
4898193      +Usda Rural Development,   P.O. Box 790170,   St Louis, MO 63179-0170
4898194      +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4898186       E-mail/Text: cio.bncmail@irs.gov Aug 31 2017 19:02:29    Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
4898191      +E-mail/Text: PHIFS@pioneer.com Aug 31 2017 19:02:37    PHI Financial Services, Inc.,
               Resource Connection,   P.o. Box 1000,   Johnston, IA 50131-9411
4949903       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 19:10:25
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4898189       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2017 19:02:46    Pennsylvania Dept. of Revenue,
               Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
4923772      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2017 19:10:24    Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4918358*       Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA   17128-0946
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

        C. Stephen Gurdin, Jr   on behalf of Joint Debtor Devon Marie Sparling Stephen@gurdinlaw.com, michelle@gurdinlaw.com

        C. Stephen Gurdin, Jr   on behalf of Debtor Barry Lee Sparling Stephen@gurdinlaw.com, michelle@gurdinlaw.com

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com

        Thomas I Puleo   on behalf of Creditor   United States Department of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Barry Lee Sparling<br>aka Barry L. Sparling, aka Barry Sparling, dba Sparling Farm<br>Devon Marie Sparling<br>aka Devon Sparling, aka Devon M. Sparling, aka Devon Zurn, aka Devon M. Zurn, aka Devon Marie Zurn<br><br>Debtor(s) | Chapter<br><br>Case No. | 13<br><br>4:17–bk–01090–JJT |

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **September 29, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: October 13, 2017<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes–Barre, PA 18701 OR<br>228 Walnut St, Rm320, Harrisburg, PA 17108<br>570–831–2500/717–901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 31, 2017 |