IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | (Chapter 13) |
| | : | |
| BARRY LEE SPARLING and | : | BANKRUPTCY CASE NO. |
| DEVON MARIE SPARLING, | : | |
| | : | |
| Debtors | : | 5:17-bk-01090-JJT |

ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of Chief Oil & Gas LLC, a party in interest, in connection with the above-captioned case.

PLEASE TAKE NOTICE that Chief Oil & Gas LLC hereby requests that it be served with copies of any Notices filed and/or transmitted in connection with the above-captioned case at the email address listed below.

CHARITON, SCHWAGER & MALAK

By: /s/ David E. Schwager
David E. Schwager, Esquire
Attorney ID# 52683
138 South Main Street, P.O. Box 910
Wilkes-Barre, PA 18703-0910
(570) 824-3511
Fax: (570) 824-3580
E-mail: des@csmlawoffices.com

Attorneys for
Chief Oil & Gas LLC

P:\DES\CSM\CHIEF SPARLING\DOCS\ENTRY