**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** BARRY LEE SPARLING; DEVON MARIE SPARLING | **CHAPTER** 13 |
| **Debtor(s)** | **CASE NO.** 5-17-bk-01099-JJT |
| Objectors: Standing Chapter 13 Trustee; U.S.D.A.; Chief Oil & Gas LLC. | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | **Nature of Proceeding:** Confirmation — Hearing/Objections to Plan 10/13/17 |
| **Defendant(s)/Respondent(s)** | **Document #:** 29, 34, 36 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

all counsel need additional time to address the various issues raised in the objections to plan confirmation. All counsel request that confirmation be continue to March 23, 2018.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 12, 2017

/s/C. Stephen Gurdin, Jr., Esq.

Attorney for Debtor
Name: C. STEPHEN GURDIN, JR.
Phone Number: 570-826-0481

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.