## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christina R. Thomas  
                Debtor(s)

BK NO. 20-00821 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

      Respectfully submitted,

/s/ James C. Warmbrodt
_____
James Warmbrodt
11 Aug 2020, 12:08:56, EDT

      KML Law Group, P.C.  
      BNY Mellon Independence Center  
      701 Market Street, Suite 5000  
      Philadelphia, PA  19106  
      215-627-1322