United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Barry Lee Sparling  
Devon Marie Sparling  
     Debtors

Case No. 17-01090-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: DDunbar     Page 1 of 1     Date Rcvd: Aug 08, 2018  
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.  
4936854      +PHI Financial Services, Inc.,    c/o Blitt and Gaines, P.C.,    2536 73rd Street,    Des Moines, IA 50322-4700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:  
      C. Stephen Gurdin, Jr    on behalf of Debtor 1 Barry Lee Sparling Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
      C. Stephen Gurdin, Jr    on behalf of Plaintiff Barry Lee Sparling Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
      C. Stephen Gurdin, Jr    on behalf of Debtor 2 Devon Marie Sparling Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
      C. Stephen Gurdin, Jr    on behalf of Plaintiff Devon Marie Sparling Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
      David Schwager    on behalf of Creditor    Chief Oil & Gas LLC des@csmlawoffices.com, dschwagr@epix.net  
      Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                           TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:17-bk-01090-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Barry Lee Sparling  
8399 Rt. 6  
Troy PA 16947

Devon Marie Sparling  
8399 Rt. 6  
Troy PA 16947

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/06/2018.

Name and Address of Alleged Transferor(s):

Claim No. 9: PHI Financial Services, Inc., c/o Blitt and Gaines, P.C., 2536 73rd Street, Des Moines, IA 50322

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC  
PO Box 7999  
St Cloud MN 56302  
JEFFERSON CAPITAL SYSTEMS LLC  
PO Box 7999  
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/10/18

Terrence S. Miller  
**CLERK OF THE COURT**