# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTINA R. THOMAS,

**Debtor(s)**

HARLEY-DAVIDSON CREDIT CORP,

**Plaintiff(s)/Movant(s)**

vs.

CHRISTINA R. THOMAS,
DAVID E. THOMAS, AND
CHARLES J. DEHART, III, Trustee,

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-20-bk-00821-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Hearing re:

Motion for Relief from Automatic Stay

Document #: 44, 45, 47, 48

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are currently in the process of resolving the Motion for Relief from Stay filed by Harley-Davidson and agree to request a continuance from this Honorable Court of the hearing currently scheduled for Tuesday November 24, 2020.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 23, 2020

/s/ Keri P. Ebeck

Attorney for Harley-Davidson Credit Corp.

Name: Keri P. Ebeck, Esq.

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.