IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BARRY LEE SPARLING<br>a/k/a Barry L. Sparling<br>a/k/a Barry Sparling<br>d/b/a Sparling Farm<br><br>DEVON MARIE SPARLING<br>a/k/a Devon M. Sparling<br>a/k/a Devon Sparling<br><br>Debtor(s) | : CHAPTER 13<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 4:17-bk-01090-JJT<br>:<br>: |

### AFFIDAVIT OF DEBTOR CERTIFYING THAT SHE IS NOT REQUIRED TO FILE INCOME TAX RETURNS

DEVON MARIE SPARLING, Debtor herein, under penalty of perjury, hereby certifies and attests that she has not filed nor has been required to file tax returns for tax years 2013, 2014, 2015 and 2016 due to insufficient income. In the event that she has sufficient earnings to require such filing in the present or in future taxable years he will file within the time required or as extended in accordance with appropriate law and rule.

_Devon Marie Sparling_
DEVON MARIE SPARLING
Debtor(s)

Date: January 28, 2019