```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                  Case No. 17-01090-RNO
Barry Lee Sparling                                                      Chapter 13
Devon Marie Sparling
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 1          Date Rcvd: Feb 07, 2020
                              Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
          +PATRICK WATER HAULING, USA, LTD.,    ATTN: PAYROLL,   388 ELMIRA ST.,   TROY, PA 16947-1256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Barry Lee Sparling Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff Barry Lee Sparling Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 2 Devon Marie Sparling Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff Devon Marie Sparling Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David Schwager    on behalf of Creditor    Chief Oil & Gas LLC des@csmlawoffices.com,
               dschwagr@epix.net
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BARRY LEE SPARLING | : | |
| a/k/a Barry L. Sparling | : | |
| a/k/a Barry Sparling | : | |
| d/b/a Sparling Farm | : | |
| | : | |
| DEVON MARIE SPARLING | : | CASE NO. 4:17-bk-01090-RNO |
| a/k/a Devon M. Sparling | : | |
| a/k/a Devon Sparling | : | |

    Debtor(s)

## ORDER

AT WILKES-BARRE IN SAID DISTRICT, after due consideration of DEBTOR(S) AMENDED MOTION TO AUTHORIZE WAGE ATTACHMENT filed on February 5, 2020, Notice to the Chapter 13 Trustee been given, and no Answer or other response having been filed;

and after due consideration of Motion, it is

ORDERED that until further Order of Court, the entity from whom the Debtor BARRY LEE SPARLING [S.S. NO. XXX-XX-9847] receives income:

        **PATRICK WATER HAULING, USA, LTD.**
        **388 ELMIRA ST.**
        **TROY, PA 16947**
        **ATTN: PAYROLL**

Deduct from the income of BARRY LEE SPARLING the sum of $643.60 per month or such sums from weekly or bi-weekly paychecks as shall equal said sum per month, beginning on the next pay day following receipt of this Order and deduct a similar amount or amounts each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

        CHARLES J. DEHART III ESQUIRE
            PO BOX 7005
          LANCASTER, PA 17604

    [telephone 717-566-6097 fax 717-566-8313]

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues be paid to the Debtor in accordance with the employers usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number [found at the top of this Order] on all checks being forwarded to the Trustee to ensure proper accounting of the funds,

IT IS FURTHER ORDERED that this Order supersedes previous orders, if any, made to subject entity in this or any previous case.

Dated: February 7, 2020    By the Court,

_Robert N. Opel, II, Bankruptcy Judge_ (DG)