| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:17-bk-01090-RNO<br>Middle District of Pennsylvania<br>Williamsport<br>Wed Nov 25 16:27:40 EST 2020 | Bradford County Tax Claim Bureau<br>Courthouse-301 Main Street<br>Towanda, PA 18848 | CNHcapital<br>Attn:Bankruptcy<br>Po Box 292<br>Racine, WI 53401-0292 |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chief Oil & Gas LLC<br>c/o Chariton, Schwager & Malak<br>138 South Main Street<br>P.O. Box 910<br>Wilkes Barre, PA 18703-0910 | Chief Oil & Gas, LLC<br>8111 Westchester Drive<br>Suite 900<br>Dallas, TX 75225-6146 |
| Citizens & Northern Ba<br>Attn:Bankruptcy<br>Po Box 58<br>Wellsboro, PA 16901-0058 | Citizens& Northern Bank<br>3461 Route 405 Highway<br>Muncy, PA 17756-6852 | Creditors Collection S<br>Po Box 1540<br>Corning, NY 14830-5240 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Directv, LLC<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Endless Mountains Veterinary Center PC<br>101 Vet Center<br>PO Box 188<br>Rome, PA 18837-0188 |
| Farm Service Agency<br>200 Lake Rd., Suite D<br>Towanda, PA 18848-9693 | GH Harris Associates, Inc.<br>P.O. Box 216<br>Dallas, PA 18612-0216 | C. Stephen Gurdin Jr<br>67-69 Public Square, Suite 501<br>Wilkes-Barre, PA 18701-2512 |
| Guthrie Clinic, PC<br>Resource Recovery<br>PO Box 1540<br>Corning, NY 14830-5240 | Guthrie Troy Hospital<br>Resource Recovery<br>PO Box 1540<br>Corning, NY 14830-5240 | H. Rockwell, Inc.<br>430 Troy St.<br>P.O. Box 197<br>Canton, PA 17724-0197 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Judson's Inc.<br>P.O. Box 67<br>Columbia Cross Roads, PA 16914-0067 |
| Memorial Hospital<br>Resource Recovery<br>PO Box 1540<br>Corning, NY 14830-5240 | Owlett & Lewis, P.C.<br>Attn: Brian S. Duff, Esq.<br>One Charles St.<br>P.o. Box 878<br>Wellsboro, PA 16901-0878 | PHI Financial Services, Inc.<br>Resource Connection<br>P.o. Box 1000<br>Johnston, IA 50131-9411 |
| PHI Financial Services, Inc.<br>c/o Blitt and Gaines, P.C.<br>2536 73rd Street<br>Des Moines, IA 50322-4700 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Peoples State Bank<br>201 Church Street<br>Wyalusing, PA 18853-6503 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Santander Consumer USA<br>Santander Consumer USA<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |

| | | |
|---|---|---|
| David Schwager<br>Chariton, Schwager & Malak<br>138 South Main Street<br>PO Box 910<br>Wilkes-Barre, PA 18703-0910 | Barry Lee Sparling<br>8399 Rt. 6<br>Troy, PA 16947-9258 | Devon Marie Sparling<br>8399 Rt. 6<br>Troy, PA 16947-9258 |
| Troy Veterinary Clinic<br>15579 Route 14<br>Troy, PA 16947-8749 | USDA FARM SERVICE AGENCY<br>C/O BRADFORD COUNTY FARM SERVICE<br>200 LAKE ROAD STE D<br>TOWANDA, PA 18848-9693 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Usda Rural Development<br>P.O. Box 790170<br>St Louis, MO 63179-0170 | Verizon<br>Verizon Wireless Bankruptcy Administrati<br>500 Tecnolgy Dr Ste 500<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | (d)Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (u)United States Department of Agriculture, F |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41