United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-01090-RNO |
| Barry Lee Sparling | Chapter 13 |
| Devon Marie Sparling | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry Lee Sparling, Devon Marie Sparling, 8399 Rt. 6, Troy, PA 16947-9258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 2 Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| David Schwager | |

| | |
|---|---|
| | on behalf of Creditor Chief Oil & Gas LLC des@csmlawoffices.com dschwagr@epix.net |
| Thomas I Puleo | |
| | on behalf of Creditor United States Department of Agriculture  Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BARRY LEE SPARLING | : | |
| a/k/a Barry L. Sparling | : | |
| a/k/a Barry Sparling | : | |
| d/b/a Sparling Farm | : | |
| | : | |
| DEVON MARIE SPARLING | : | CASE NO. 4:17-bk-01090-RNO |
| a/k/a Devon M. Sparling | : | |
| a/k/a Devon Sparling | : | |

Debtor(s)

ORDER

After due consideration of the Debtor(s)' second Motion to Suspend Payments filed on November 25, 2020, Notice to parties in interest having been given, and no Objections having been filed within the time set forth in the Notice served with the said Motion;

and after due consideration, it is

ORDERED the Debtor(s) Chapter 13 Plan payments are suspended for the period of November 2020 through January 2021 with regular plan payments to resume in February 2021.

Dated: December 22, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge  BI