United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Barry Lee Sparling  
Devon Marie Sparling  
    Debtors

Case No. 17-01090-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 17, 2021      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 4992064 | + Troy Veterinary Clinic, 15579 Route 14, Troy, PA 16947-8749 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 2 Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| David Schwager | on behalf of Creditor Chief Oil & Gas LLC david@despalaw.com dschwagr@epix.net |
| Jack N Zaharopoulos (Trustee) | |

TWecf@pamd13trustee.com

Thomas I Puleo

on behalf of Creditor United States Department of Agriculture Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| BARRY LEE SPARLING | : CASE NO.: 4-17-bk-01090-MJC |
| aka BARRY L. SPARLING | : |
| aka BARRY L. SPARLING | : |
| dba SPARLING FARM | : |
| DEVON MARIE SPARLING | : |
| aka DEVON M. SPARLING | : |
| aka DEVON SPARLING | : |
| aka DEVON ZURN | : |
| aka DEVON MARIE ZURN | : |
| aka DEVON M. ZURN | : |
|     Debtors | : |
| | : |
| | : |
| JACK N. ZAHAROPOLOS, TRUSTEE | : |
|     Objectant | : |
| | : |
| vs. | : |
| | : |
| TROY VETERINARY CLINIC | : |
|     Claimant | : |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 14 of Troy Veterinary Clinic and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 14 of Troy Veterinary Clinic shall be deemed untimely filed.

Dated: November 16, 2021

By the Court,

Mark J. Conway, Bankruptcy Judge (CN)