# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BARRY LEE SPARLING  Case No.: 4-17-01090-MJC
DEVON MARIE SPARLING  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CITIZENS & NORTHERN BANK |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 8399 Rte 6 - PRE-ARREARS - 1768 |
| Property Address if applicable: | 8399 RT. 6, , TROY, PA16947 |

**PART 2:  CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,548.39 |
| b. | Prepetition arrearages paid by the Trustee: | $4,548.39 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $4,548.39 |

**PART 3:  POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021 	Respectfully submitted,

                                s/ Jack N. Zaharopoulos
                                Standing Chapter 13 Trustee
                                Suite A, 8125 Adams Drive
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                Fax:  (717) 566-8313
                                eMail:  info@pamd13trustee.com

Creditor Name: CITIZENS & NORTHERN BANK  
Court Claim Number: 13

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9007634 | 07/07/2020 | $214.83 | $0.00 | $214.83 |
| 5200 | 9007932 | 08/12/2020 | $3,016.57 | $0.00 | $3016.57 |
| 5200 | 9008253 | 09/17/2020 | $380.88 | $0.00 | $380.88 |
| 5200 | 9008572 | 10/15/2020 | $368.22 | $0.00 | $368.22 |
| 5200 | 9008872 | 11/03/2020 | $431.27 | $0.00 | $431.27 |
| 5200 | 9009129 | 12/10/2020 | $136.62 | $0.00 | $136.62 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BARRY LEE SPARLING  Case No.: 4-17-01090-MJC
DEVON MARIE SPARLING  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

C. STEPHEN GURDIN, JR., ESQ.  SERVED ELECTRONICALLY
69 PUBLIC SQUARE
SUITE 501
WILKES-BARRE PA, 18701-

CITIZEN'S AND NORTHERN BANK  SERVED BY 1ST CLASS MAIL
3461 ROUTE 405 HIGHWAY
MUNCY, PA, 17756

BARRY LEE SPARLING  SERVED BY 1ST CLASS MAIL
DEVON MARIE SPARLING
8399 RT. 6
TROY, PA 16947

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com