United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Barry Lee Sparling  
Devon Marie Sparling  
    Debtors

Case No. 17-01090-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 10, 2022      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry Lee Sparling, Devon Marie Sparling, 8399 Rt. 6, Troy, PA 16947-9258 |
| cr | + | Chief Oil & Gas LLC, c/o Chariton, Schwager & Malak, 138 South Main Street, P.O. Box 910, Wilkes Barre, PA 18703-0910 |
| 4966101 | | Bradford County Tax Claim Bureau, Courthouse-301 Main Street, Towanda, PA 18848 |
| 4898180 | + | CNHcapital, Attn:Bankruptcy, Po Box 292, Racine, WI 53401-0292 |
| 4898178 | + | Chief Oil & Gas, LLC, 8111 Westchester Drive, Suite 900, Dallas, TX 75225-6146 |
| 4898179 | + | Citizens & Northern Ba, Attn:Bankruptcy, Po Box 58, Wellsboro, PA 16901-0058 |
| 4898181 | + | Creditors Collection S, Po Box 1540, Corning, NY 14830-5240 |
| 4898182 | + | Endless Mountains Veterinary Center PC, 101 Vet Center, PO Box 188, Rome, PA 18837-0188 |
| 4898183 | + | Farm Service Agency, 200 Lake Rd., Suite D, Towanda, PA 18848-9693 |
| 4898184 | + | GH Harris Associates, Inc., P.O. Box 216, Dallas, PA 18612-0216 |
| 4907331 | + | Guthrie Clinic, PC, Resource Recovery, PO Box 1540, Corning, NY 14830-5240 |
| 4907329 | + | Guthrie Troy Hospital, Resource Recovery, PO Box 1540, Corning, NY 14830-5240 |
| 4898185 | + | H. Rockwell, Inc., 430 Troy St., P.O. Box 197, Canton, PA 17724-0197 |
| 4898187 | + | Judson's Inc., P.O. Box 67, Columbia Cross Roads, PA 16914-0067 |
| 4907330 | + | Memorial Hospital, Resource Recovery, PO Box 1540, Corning, NY 14830-5240 |
| 4898188 | + | Owlett & Lewis, P.C., Attn: Brian S. Duff, Esq., One Charles St., P.o. Box 878, Wellsboro, PA 16901-0878 |
| 4936854 | + | PHI Financial Services, Inc., c/o Blitt and Gaines, P.C., 2536 73rd Street, Des Moines, IA 50322-4700 |
| 4898190 | + | Peoples State Bank, 201 Church Street, Wyalusing, PA 18853-6503 |
| 4992064 | + | Troy Veterinary Clinic, 15579 Route 14, Troy, PA 16947-8749 |
| 4929731 | + | USDA FARM SERVICE AGENCY, C/O BRADFORD COUNTY FARM SERVICE, 200 LAKE ROAD STE D, TOWANDA, PA 18848-9693 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4898177 | + | EDI: CAPITALONE.COM | Jan 10 2022 23:48:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4987667 | + | Email/Text: resourcerecovery@cnbankpa.com | Jan 10 2022 18:45:00 | Citizens& Northern Bank, 3461 Route 405 Highway, Muncy, PA 17756-6852 |
| 4947290 | + | EDI: AIS.COM | Jan 10 2022 23:48:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4898186 | | EDI: IRS.COM | Jan 10 2022 23:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5093641 | | EDI: JEFFERSONCAP.COM | Jan 10 2022 23:48:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5093642 | | EDI: JEFFERSONCAP.COM | Jan 10 2022 23:48:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4898191 | + | Email/Text: PHIFS@pioneer.com | Jan 10 2022 18:45:14 | PHI Financial Services, Inc., Resource Connection, P.o. Box 1000, Johnston, IA 50131-9411 |
| 4949903 | | EDI: PRA.COM | Jan 10 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4898189 | | EDI: PENNDEPTREV | Jan 10 2022 23:48:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 4898189 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2022 18:45:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 4898192 | + | EDI: DRIV.COM | Jan 10 2022 23:48:00 | Santander Consumer USA, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 4898193 | + | EDI: USDARHS.COM | Jan 10 2022 23:48:00 | Usda Rural Development, P.O. Box 790170, St Louis, MO 63179-0170 |
| 4923772 | + | EDI: AIS.COM | Jan 10 2022 23:48:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4898194 | + | EDI: VERIZONCOMB.COM | Jan 10 2022 23:48:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 4918358 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 12, 2022 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| C. Stephen Gurdin, Jr | |
| | on behalf of Debtor 1 Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | |

| | |
|---|---|
| | on behalf of Plaintiff Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 2 Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| David Schwager | on behalf of Creditor Chief Oil & Gas LLC david@despalaw.com dschwagr@epix.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Thomas I Puleo | on behalf of Creditor United States Department of Agriculture Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Barry Lee Sparling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9847<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Devon Marie Sparling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1062<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:17–bk–01090–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barry Lee Sparling
aka Barry L. Sparling, aka Barry Sparling, dba Sparling Farm

Devon Marie Sparling
aka Devon Sparling, aka Devon M. Sparling, aka Devon Zurn, aka Devon M. Zurn, aka Devon Marie Zurn

**By the court:**

1/10/22

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the

extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**