United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Barry Lee Sparling  
Devon Marie Sparling  
    Debtors

Case No. 17-01090-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Apr 05, 2022      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry Lee Sparling, Devon Marie Sparling, 8399 Rt. 6, Troy, PA 16947-9258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Barry Lee Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 2 Devon Marie Sparling Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| David Schwager | on behalf of Creditor Chief Oil & Gas LLC david@despalaw.com dschwagr@epix.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| Thomas I Puleo | on behalf of Creditor United States Department of Agriculture  Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Barry Lee Sparling,<br>aka Barry L. Sparling, aka Barry Sparling, dba Sparling Farm,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:17−bk−01090−MJC |
| Devon Marie Sparling,<br>aka Devon Sparling, aka Devon M. Sparling, aka Devon Zurn, aka Devon M. Zurn, aka Devon Marie Zurn,<br>**Debtor 2** | |

Social Security No.:
xxx−xx−9847    xxx−xx−1062

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 5, 2022

**fnldec** (01/22)